**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

In re:                                    ) CASE NO: 10-54226-659   Chapter 13
    SHAWN P BROWN                     )
                                          ) Trustee's Objection to Confirmation
                                          )
                                          ) Original confirmation hearing
                      Debtor(s)  ) set for Mar 03, 2011 11:00 AM

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** John V. LaBarge, Jr., Standing Chapter 13 Trustee, and for his objection to confirmation states as follows:

1. Proposed plan payment does not constitute debtor's best effort to repay creditors. 11 U.S.C. Secs. 1325(a)(3) & (b)(1)(B)
2. The plan unfairly discriminates among classes of unsecured claims. 11 U.S.C. Sec. 1322(b)(1)
3. The plan does not provide sufficient funds to pay all creditors entitled to full payment, including fair market value of secured claims and priority debts. 11 USC Secs. 1322(a)(2) & 1325(a)(5)(B)(ii)
4. The plan provides for interest to secured creditors at a rate other than that determined by the Clerk under Local Rule 3015-3(E).
5. The set monthly payments to be made by the Trustee exceed the plan payment.
6. The plan is ambiguous or incapable of ascertainment (11 U.S.C. Secs. 1321 & 1325(a)(3)) because:
   PLAN FAILS TO ADDRESS POST PETITION PAYMENTS ON MORTGAGES AND CONTAINS INSUFFICIENT FUNDS TO PAY THESE DEBTS IN FULL. IF DEBTOR INTENDS TO SURRENDER RESIDENCE, PLAN MUST SO INDICATE.
7. A.RE #2, SCHEDULE E IMPROPERLY INCLUDES STUDENT LOAN, WHICH IS UNSECURED DEBT.
   B.RE #1 PER TRUSTEE B22C, ENCLOSED WITH HARD COPY OF OBJECTION, PLAN MUST GUARANTEE $66,012

**WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

                                              /s/ John V. LaBarge, Jr.
KLW-351                                   --------------------------------
                                          John V LaBarge Jr
Copy served on the following either       Chapter 13 Trustee
through the Court's ECF system or by      P.O. Box 430908
ordinary mail on February 24, 2011 :      St. Louis, MO 63143   (314) 781-8100
                                          trust33@ch13stl.com    Fax:(314) 781-8881

CURL & HARK LLC
999 BROADWAY
PO BOX 1013
HANNIBAL MO  63401

SHAWN P BROWN
8308 APPLEROCK DR
OFALLON MO  63368